**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DaJon Hardy,

Plaintiff,

v.

Scott Bindrup,

Defendant.

Case No. 2:26-cv-03324-JAD-DJA

**Order**

Before the Court is *pro se* Plaintiff DaJon Hardy's initiating documents. (ECF No. 1-1). However, Plaintiff has yet to pay the filing fee or apply to proceed *in forma pauperis* (which means, to proceed without paying the filing fee). Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* or pay the full $405 filing fee to proceed with this action. The Court will grant Plaintiff one opportunity to file an application to proceed *in forma pauperis* or pay the filing fee on or before **November 9, 2026**.

///

///

///

**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly directed to **send** Plaintiff: (1) the approved form application to proceed *in forma pauperis* by a **non-NDOC** inmate along with its instructions[1]; and (2) a copy of this order.

**IT IS FURTHER ORDERED** Plaintiff will have until **November 9, 2026,** to file a complete application to proceed *in forma pauperis* or pay the $405 filing fee. **Plaintiff is advised that failure to timely comply with this order may result in the recommended dismissal of this case.**

DATED: October 9, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] This form can also be found at https://www.nvd.uscourts.gov/court-information/forms/ under Code IFP, titled "IFP Application Inmate."